THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THE UNIVERSITY OF TEXAS M.D. ANDERSON CANCER CENTER, | * | |
| Plaintiff, | * | |
| | * | Civil Action No.: RDB-08-0946 |
| v. | * | |
| KATHLEEN SEBELIUS, Secretary, United States Department of Health and Human Services | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 19th day of April, 2010, ORDERED and ADJUDGED, that:

1. Plaintiff the University of Texas M.D. Anderson Cancer Center's Motion for Summary Judgment (Paper No. 14) is DENIED;

2. The Cross-Motion for Summary Judgment (Paper No. 16) of Defendant Kathleen Sebelius, Secretary of the United States Department of Health and Human Services, is GRANTED;

3. That judgment BE, and it hereby IS, entered in favor of the Defendant and against the Plaintiff;

4. The Clerk of the Court transmit copies of this Order and accompanying Memorandum Opinion to the parties; and

5. The Clerk of Court CLOSE this case.

/s/_____

Richard D. Bennett
United States District Judge